Julian Burns King (Bar No, 298617)
julian@kingsiegel.com
Robert J. King (Bar No. 302545)
robert@kingsiegel.com
**KING & SIEGEL LLP**
601 University Avenue, Suite 275
Sacramento, CA 95825
tel: (213) 465-4802
fax: (213) 465-4803

Attorneys for Plaintiff
Douglas R. Woodall

King & Siegel LLP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Douglas R. Woodall**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**Rhombus Power, Inc.**, a Delaware corporation; and **Does 1-10**, inclusive,<br><br>Defendants. | CASE NO.:<br><br>**PLAINTIFF DOUGLAS R. WOODALL'S CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES** |

King & Siegel LLP

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Civil Local Rule 3-15, the undersigned counsel of record for Plaintiff Douglas R. Woodall certify that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Douglas R. Woodall
2. Defendant Rhombus Power, Inc.

Plaintiff is presently unaware of any other individuals or entities who would have a direct pecuniary interest in the outcome of the case.

Dated: July 16, 2026

**KING & SIEGEL LLP**

By: Robert J. King
Julian Burns King
Robert J. King
Attorneys for Plaintiff
Douglas R. Woodall