AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Douglas R. Woodall | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 5:26-cv-07387-VKD |
| Rhombus Power, Inc. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rhombus Power, Inc.
Stanford Research Park
3200 Hillview Avenue
Palo Alto, California 94304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Julian Burns King - Julian@kingsiegel.com
Robert J. King - Robert@kingsiegel.com
King & Siegel LLP
601 University Avenue Suite 275
Sacramento, CA 95825

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: July 20, 2026

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

King & Siegel LLP
Robert King SBN 302545
601 University Ave, Suite 275
Sacramento, CA 95825
(213) 465-4802

Representing: Plaintiff

File No. 01097

UNITED STATES DISTRICT COURT
United States District Court Northern District of California

Douglas R. Woodall
**Plaintiff/Petitioner**

vs.

Rhombus Power, Inc., et al.
**Defendant/Respondent**

Case No. 5:26-cv-07387

Proof of Service of:
Complaint, Civil Cover Sheet, Certification of Conflicts and Interested Parties, Summons, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR CIVIL CASES MAGISTRATE JUDGE VIRGINIA K. DEMARCHI , STANDING ORDER RE PRETRIAL PREPARATION , STANDING ORDER FOR ALL JUDGES, STANDING ORDER FOR SETTLEMENT CONFERENCES , STANDING ORDER RE JUROR QUESTIONNAIRES AND SOCIAL MEDIA RESEARCH

Service on:
Rhombus Power, Inc., a Delaware corporation

Hearing Date:

Hearing Time:

Div/Dept:

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| King & Siegel LLP<br>Robert King SBN 302545<br>601 University Ave, Suite 275<br>Sacramento, CA 95825<br>TELEPHONE NO: (213) 465-4802 FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: robert@kingsiegel.com<br>ATTORNEY FOR *(Name)*: Plaintiff | |
| ***Insert name of court, judicial district or branch court, if any:***<br>United States District Court Northern District of California<br>280 South 1st Street<br>San Jose, CA 95113 | |
| PLAINTIFF / PETITIONER: Douglas R. Woodall<br>DEFENDANT / RESPONDENT: Rhombus Power, Inc., et al. | CASE NUMBER:<br>5:26-cv-07387 |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>16410562 (7765740) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Civil Cover Sheet, Certification of Conflicts and Interested Parties, Summons, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR CIVIL CASES MAGISTRATE JUDGE VIRGINIA K. DEMARCHI , STANDING ORDER RE PRETRIAL PREPARATION , STANDING ORDER FOR ALL JUDGES, STANDING ORDER FOR SETTLEMENT CONFERENCES , STANDING ORDER RE JUROR QUESTIONNAIRES AND SOCIAL MEDIA RESEARCH

2. Party Served: Rhombus Power, Inc., a Delaware corporation

3. Person Served: Corporation Service Company (CSC) - Rebecca Vang - Authorized Agent - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: July 23, 2026 at 1:36 pm PDT

5. Address, City and State: 2710 Gateway Oaks Dr Suite 150N Sacramento, CA, 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for service: $60.00

Registered California process server.
Brandon Ortiz
County: Sacramento
Registration No.: 2012-037

InfoTrack US, Inc. - P000634
5341 Old Redwood Highway, Suite 310
Petaluma, CA 94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Brandon Ortiz

Date: July 23, 2026