GAURAV BOBBY KALRA, Bar No. 219483
bkalra@grsm.com
LINDSAY M. VICK (*Admitted Pro Hac Vice)*
lvick@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, California 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402

Attorneys for Defendant
RHOMBUS POWER, INC.



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Douglas R. Woodall, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Rhombus Power, Inc., a Delaware Corporation; and Does 1-10, inclusive,<br><br>Defendants. | Case No. 26-cv-07387-EKL<br><br>**NOTICE OF ERRATA REGARDING DEFENDANT'S ANSWER**<br><br>Complaint Filed: July 17, 2026 |

**PLEASE TAKE NOTICE** that Defendant Rhombus Power, Inc. submits this Notice of Errata to clarify the record regarding its responsive pleading. The Answer previously filed on September 2, 2026, is hereby withdrawn.

Concurrently with this Notice, Defendant files a new Answer, which shall be deemed the operative responsive pleading in this action.

This Notice of Errata is submitted solely to identify Defendant's operative responsive pleading and to clarify the record. The Court and all parties are respectfully requested to take notice of the foregoing.

Dated: September 14, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Gaurav Kalra

Gaurav Bobby Kalra
Lindsay M. Vick
Attorneys for Defendant
RHOMBUS POWER, INC.

GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825