GAURAV BOBBY KALRA, Bar No. 219483
bkalra@grsm.com
LINDSAY M. VICK (*Admitted Pro Hac Vice)*
lvick@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, California 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402

Attorneys for Defendant
RHOMBUS POWER, INC.

GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Douglas R. Woodall, an individual,

Plaintiff,

v.

Rhombus Power, Inc., a Delaware Corporation; and Does 1-10, inclusive,

Defendants.

Case No. 26-cv-07387-EKL

**[PROPOSED] ORDER GRANTING DEFENDANT RHOMBUS POWER, INC.'S MOTION TO COMPEL ARBITRATION**

Date: January 27, 2027

Time: 10:00 a.m.

Judge: Eumi K. Lee

Courtroom 7 - 4th Floor
280 S. 1st First St., San Jose, CA 95113

**Complaint Filed: July 16, 2026**

Having considered Defendant Rhombus Power, Inc.'s motion to compel arbitration, the supporting papers, the opposition and reply, and any oral argument, and good cause appearing,

IT IS HEREBY ORDERED that Rhombus Power, Inc.'s motion to compel arbitration is GRANTED and that Plaintiff shall submit to binding arbitration under the terms of the Agreement. This action shall be STAYED pending the outcome of arbitration.

IT IS SO ORDERED.

**DATED: ______________________________**

______________________________
**UNITED STATES DISTRICT JUDGE**
**HONORABLE EUMI K. LEE**