Robert J. King (Bar No. 302545)
robert@kingsiegel.com
**KING & SIEGEL LLP**
601 University Ave., Suite 275
Sacramento, California 95825
tel: (213) 465-4802
fax: (213) 465-4803

Attorneys for Plaintiff
Douglas R. Woodall

King & Siegel LLP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**Douglas R. Woodall**, an individual,

Plaintiff,

v.

**Rhombus Power, Inc.**, a Delaware corporation; and Does 1-10, inclusive,

Defendant.

CASE NO.: 5:26-cv-07387-EKL

[Assigned to Hon. Eumi K. Lee]

**DECLARATION OF PLAITNIFF DOUGLAS R. WOODALL IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Date: January 27, 2027
Time: 10:00 a.m.
Judge: Eumi K. Lee
Courtroom 7 – 4th Floor
280 S. First St., San Jose, CA 95113

Action Filed: July 16, 2026
Trial Date: None Set

King & Siegel LLP

# DECLARATION OF DOUGLAS R. WOODALL

I, Douglas R. Woodall, hereby declare as follows:

1. I am Plaintiff in the above-referenced matter. This declaration is offered in support of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration and Application to Stay Proceedings ("Motion") filed by Defendant Rhombus Power, Inc. ("Defendant" or "Rhombus"). The following is true of my own personal knowledge, and if called to testify in Court on these matters, I could do so competently.

2. On September 19, I learned that Noreeza Khan, who reported to me, had been subjected to frequent harassing comments by a Ukranian military official during a trip that she took to Ukraine on Rhombus' behalf and that Sarah Cowan had been present for some of these comments. Ms. Khan told me that she considered the conduct to be sexual harassment, and I also believed that the conduct was sexual harassment of Ms. Khan.

3. On September 30, 2025, I emailed Melissa Fehl and Hallie Balkin to schedule a meeting of a potential harassment claim. Attached hereto as **Exhibit 1** is a true and correct copy of this email correspondence.

4. On September 22, 2025 and September 29, 2025, I held conversations with Hallie Balking and Sarah Cowan via Microsoft Teams. Attached hereto as **Exhibit 2** are true and correct copy of these Microsoft Teams communications.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in White Rock, New Mexico.

Dated: October 22, 2026

Douglas Woodall (Oct 22, 2026 14:37:58 MDT)

Douglas R. Woodall