# Exhibit 1

**From:** Douglas Woodall
**To:** Douglas Woodall
**Subject:** Fw: Request for Time
**Date:** Monday, September 28, 2026 4:43:13 PM

---

FYSA

----- Forwarded Message -----
**From:** Doug Woodall <doug.woodall@rhombuspower.com>
**To:** Melissa Fehl <melissa.fehl@rhombuspower.com>
**Cc:** Hallie Balkin <hallie.balkin@rhombuspower.com>
**Sent:** Tuesday, September 30, 2025 at 05:31:47 PM MDT
**Subject:** Re: Request for Time

Good evening Melissa,

That time works well for me.

thanks

best,
Doug

On Tue, Sep 30, 2025 at 5:29 PM Melissa Fehl <melissa.fehl@rhombuspower.com> wrote:

> ACP
>
> Doug,
> I was made aware that an employee reported to you a potential harassment claim. As per our policy and state laws, we need to conduct a prompt and thorough investigation. In order to start the process, I would like to set-up a time to take the initial report and gather information. Would you be available tomorrow at 10am PST? If that time does not work please let me know what would work best for you.
> Thank you for reporting the incident and thank you in advance for your time,
> Melissa
>
> ** Please note that we do our best to keep all investigations confidential but it cannot be guaranteed. If you have any questions or concerns about the process or are contacted by any other staff, please reach out to myself or Hallie.
> --
>
> **Melissa Fehl** *(She/Her)*
> Director of People Operations
> +1(650)847-7846 | Stanford Research Park, Palo Alto, CA 94304
>
> **Verified:** This email is genuine, and it originates from within Rhombus.
> *This message (including any attachments) contains confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.*

--
***Douglas R. Woodall***

**Vice President of Warfighting**
**Rhombus**
**E-mail: doug.woodall@rhombuspower.com**
**(719) 502-7661**

**Verified: This email is genuine, and it originates from within Rhombus.**
***This message (including any attachments) contains confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.***

**Verified:** This email is genuine, and it originates from within Rhombus.
*This message (including any attachments) contains confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.*