# Exhibit 2

Hallie Balkin Wednesday 12:13 PM

Sarah - when are you free?

Today

6:02 PM

Good evening, Sarah-- I know you have been busy today, so I am outlining what I wanted to talk about today. I'm reaching out regarding our discussion on Friday about the potential termination of Noreeza and the complaints raised by the Ukrainian team. I understand there are allegations of misconduct against her, and some of the complaints she has reported after Ukraine, when I spoke to her, reportedly involved sexually harassing behavior from members of the Ukrainian team toward her--- as we talked on the phone Friday. I'd like to better understand the specific allegations and how they relate to claims that Noreeza has negatively impacted the Ukraine contract.

Noreeza has shared with me numerous chats from team members expressing appreciation for her support and requesting her continued involvement. This suggests she has had a positive influence in some areas, which may contrast with the complaints. I'd like to assist in reviewing these matters to ensure a fair assessment. I also want to ensure that turning down sexual advances are not at the root of some of these allegations.

Additionally, I noticed the reassignment note for Noreeza has not yet been sent out. Could you clarify the status of this and share any further details about the allegations? I'm happy to help address this situation and ensure we handle it appropriately. I certainly do not want this reassignment to be viewed as punitive by her.

Thank you for your time and support.

Best regards,

Doug

Last read

Sarah Cowan 6:04 PM

She's not getting fired, and the 50% time reassignment is temporary (but with no explicit end date yet) to aid in her getting deeper into Ambient as an expert user. Separate out these two topics in the future, Doug.

Monday, September 22

9/22 6:02 PM

Good evening, Sarah-- I know you have been busy today, so I am outlining what I wanted to talk about today. I'm reaching out regarding our discussion on Friday about the potential termination of Noreeza and the complaints raised by the Ukrainian team. I understand there are allegations of misconduct against her, and some of the complaints she has reported after Ukraine, when I spoke to her, reportedly involved sexually harassing behavior from members of the Ukrainian team toward her--- as we talked on the phone Friday. I'd like to better understand the specific allegations and how they relate to claims that Noreeza has negatively impacted the Ukraine contract.
Noreeza has shared with me numerous chats from team members expressing appreciation for her support and requesting her continued involvement. This suggests she has had a positive influence in some areas, which may contrast with the complaints. I'd like to assist in reviewing these matters to ensure a fair assessment. I also want to ensure that turning down sexual advances are not at the root of some of these allegations.
Additionally, I noticed the reassignment note for Noreeza has not yet been sent out. Could you clarify the status of this and share any further details about the allegations? I'm happy to help address this situation and ensure we handle it appropriately. I certainly do not want this reassignment to be viewed as punitive by her.
Thank you for your time and support.
Best regards,
Doug

Sarah Cowan 9/22 6:04 PM

She's not getting fired, and the 50% time reassignment is temporary (but with no explicit end date yet) to aid in her getting deeper into Ambient as an expert user. Separate out these two topics in the future, Doug.

9/22 6:14 PM

Thanks Sarah, that was a very emotionally charged conversation about her impact on Ukraine, and I want to learn and understand it better moving forward. She stayed for an extra week in Ukraine taking the lead training the Ukrainians on Ambient-- and the feedback I have seen and the reach out to her is incredible. She volunteered to go, and I want to enable her success in the company. thank you!!

Sarah Cowan 9/22 7:24 PM

In line response to your letter above:

Good evening, Sarah-- I know you have been busy today, so I am outlining what I wanted to talk about today. I'm reaching out regarding our discussion on Friday about the potential termination of Noreeza and the complaints raised by the Ukrainian team. I understand there are allegations of misconduct against her, and some of the complaints she has reported after Ukraine, when I spoke to her, reportedly involved sexually harassing behavior from members of the Ukrainian team toward her--- as we talked on the phone Friday. I'd like to better understand the specific allegations and how they relate to claims that Noreeza has negatively impacted the Ukraine contract.
***Response**: There is nothing in writing about Noreeza's customer performance, nor are decisions about her future in the company being made on single discussions.*

Noreeza has shared with me numerous chats from team members expressing appreciation for her support and requesting her continued involvement. This suggests she has had a positive influence in some areas, which may contrast with the complaints. I'd like to assist in reviewing these matters to ensure a fair assessment.
***Response**: Thank you for that datapoint about internal appreciation for her support. You can certainly send that along if you like.*

Additionally, I noticed the reassignment note for Noreeza has not yet been sent out. Could you clarify the status of this and share any further details about the allegations?
***Response**: We have been fully immersed in the sole source contract efforts with the Air Force today, so that has monopolized my day. We hope to finalize next steps including our plans to help enhance her experience in Ambient and training capabilities balancing the need to finalize the imperative award to our company.*

I'm happy to help address this situation and ensure we handle it appropriately. I certainly do not want this reassignment to be viewed as punitive by her.
***Response:** As we have transitioned from remote to in-person work, and from 3 days a week in office to 4 days a week, we have seen such a positive increase in collaboration, teamwork, and mentorship opportunities, and we want all our employees to benefit from that, and for Rhombus to benefit as a company. Noreeza's training opportunity is an amazing opportunity for her to deepen her practical experience with Ambient, and we're excited to see how her expertise will enrich the team's capabilities. I am confident that her unique skills and perspective will be valuable assets in this expanded capacity, and I look forward to seeing her continued growth and contributions in these new areas. Doug will still be Noreeza's primary supervisor with commitments to uphold. Her ability to support intel writing may vary depending on other activities and associated priorities, and these will be adjudicated in concurrence with management. We have realized substantial progress with our team's increased expertise in report writing, and this presents a significant opportunity for Noreeza to both hone these skill even further as well as enhancing teammate expertise with her knowledge and experience.*

9/22 7:34 PM Edited

Thank you, speaking of sole source, I raised three weeks ago about CACs-- many expire on the 28th, and are we doing a virtual workshop or requesting sponsorship without CACs for USFK if we cannot get them in time for USFK?

Tuesday, September 23

Sarah Cowan 9/23 11:05 AM

Good morning, team! We expect contract award before the weekend, anticipating CAC renewal on Monday.

Monday, September 29

Sarah Cowan 9/29 11:15 AM

> Doug Woodall 9/22/2025 6:02 PM
> Good evening, Sarah-- I know you have been busy today, so I am outlining what I wanted to talk about today. I'm reaching out...

**Doug Woodall**, let Hallie and I if you would like to pursue this in a formal investigation, and we will reach out to Noreeza this week.

I haven't heard from her directly.

9/29 11:36 AM

> Sarah Cowan 9/29/2025 11:15 AM
> Doug Woodall, let Hallie and I if you would like to pursue this in a formal investigation, and we will reach out to Noreeza this week.

Good morning, Sarah. Noreeza still does not know the desire to fire her based on these Ukraine allegations and management decisions for reassignment. I did talk to her about what happened in Ukraine and if she had complaints against her, and she said there were lots of positives about her involvement, and mentioned there was considerable unprofessional conduct, but she is a team player and doesn't cause waves. Noreeza has requested leave (is on leave), and I am not tracking that you have sent her the reassignment note. When she is back, I will ensure she will be at the office as discussed. Can I see the allegations, who , what, when, where, and how she is being held accountable for "blowing" the Ukraine account? As her supervisor, I have not seen ONE instance of unprofessionalism in over a year. As her supervisor, I would like to know where this major deviation originated, why it took one month to report it, and how the company's members were not aware of it. Hallie, have you seen the evidence?

Sarah Cowan 9/29 11:38 AM Edited

I'm confused who gave her the impression that Rhombus wishes to fire her, which is not factual.

9/29 11:39 AM

Anshu did on the call with he, you and I.

9/29 11:45 AM

Friday, remember?

19 Sept

Sarah Cowan 9/29 11:48 AM

The outcome of that conversation was getting Noreeza deep into Ambient report writing in order to gain depth and conversance on our products.

Hallie Balkin 9/29 11:51 AM

Hi team - just catching up here.

Hallie Balkin 9/29 12:05 PM

Moving this conversation to email