GAURAV BOBBY KALRA, Bar No. 219483
bkalra@grsm.com
LINDSAY M. VICK (*Admitted Pro Hac Vice)*
lvick@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, California 95825
Telephone: (279) 247-4582
Facsimile: (916) 920-4402

Attorneys for Defendant
RHOMBUS POWER, INC.

GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Douglas R. Woodall, an individual,

Plaintiff,

v.

Rhombus Power, Inc., a Delaware Corporation; and Does 1-10, inclusive,

Defendants.

Case No. 26-cv-07387-EKL

**[~~PROPOSED~~] ORDER GRANTING DEFENDANT RHOMBUS POWER, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

Complaint Filed: July 16, 2026

Having considered Defendant Rhombus Power, Inc.'s Motion for Administrative Relief to Continue the Case Management Conference and Related Deadlines, and good cause appearing, the Court GRANTS the motion and ORDERS as follows. The following deadlines are continued as set forth below:

| Event | Current Deadline | Continued Deadline |
|---|---|---|
| Joint Case Management Statement | November 4, 2026 | 14 days before the continued Initial Case Management Conference |
| Initial Case Management Conference | November 18, 2026 | On ~~or after February 17, 2027, or a date set by the Court~~ Feb. 24, 2027 at 1:30pm |

All other provisions of the Order Setting Initial Case Management Conference remain in effect.

IT IS SO ORDERED.

**DATED:** November 5, 2026



**UNITED STATES DISTRICT JUDGE**
**HONORABLE EUMI K. LEE**

GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825