UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Douglas R. Woodall,

Plaintiff,

v.

Rhombus Power, Inc.; and Does 1-10,

Defendant.

Case No. 5:26-cv-07387-EKL

**MOTION TO SUBSTITUTE LAW FIRM; ~~PROPOSED~~ ORDER**

On behalf of (party name) Defendant Rhombus Power, Inc., the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

James A. McFaul (SBN 248670) and Kevin V. DeSantis (SBN 137963); Dunn DeSantis Walt & Kendrick, LLP

Name(s) of counsel withdrawing from representation and firm name:

Gaurav Bobby Kalra and Lindsay M. Vick; Gordon Rees Scully Mansukhani, LLP

Date: November 20, 2026

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: November 20, 2026

UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California